**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Carrasco-Herrera

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>v.                                  )<br>                                    )<br>**EUFEMIO JUAN CARRASCO-HERRERA,**  )<br>                                    )<br>          Defendant.                )<br>                                    ) | Case No. 08mj0888<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                Respectfully submitted,

Dated: March 25, 2008                *s/ Bridget Kennedy*
                                                Federal Defenders of San Diego, Inc.
                                                *bridget_kennedy@fd.org*